IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2:14-mn-02502-RMG  CASE MANAGEMENT ORDER NO. 9 |

## Plaintiff Fact Sheets

1. Each Plaintiff in cases filed in or transferred to this MDL by May 9, 2014, were required to provide a completed Plaintiff Fact Sheet, authorizations, medical records and other documents required in the Mandatory Disclosures by June 2, 2014. (CMO 5, Dkt. No. 110 at 1). Any such Plaintiff that has not already provided this information, or has been notified by Pfizer of deficiencies, must provide this information and/or correct deficiencies as soon as possible and no later than **June 18, 2014**.

2. On **June 19, 2014**, Pfizer will file a Status Report with the Court detailing which Plaintiffs, by law firm, have failed to provide a Plaintiff Fact Sheet and/or have material deficiencies in the information that they provided. The Court will consider appropriate sanctions, including dismissal, in cases where Plaintiff's do not meet the June 18, 2014 deadline.

## Defendant Fact Sheets

3. The parties have been conferring to develop a Defendant Fact Sheet. On or before **June 18, 2014**, the parties will either file (1) an agreed upon proposed Defendant Fact Sheet or (2) competing proposed Defendant Fact Sheets.

**AND IT IS SO ORDERED.**

                                                                                    _____
                                                                                    Richard Mark Gergel
                                                                                    United States District Court Judge

June 13, 2014
Charleston, South Carolina