IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2:14-mn-02502-RMG<br><br>CASE MANAGEMENT ORDER NO. 10 |

## Plaintiffs' Motion to Stay

1. Plaintiffs have moved to stay discovery in 81 cases where motions to remand are pending. (Dkt. No. 257). Pfizer does not oppose a stay as to general discovery, including the completion of Plaintiff Fact Sheets, but asks the Court for limited jurisdictional discovery in these cases. (Dkt. No. 283).

2. For good cause shown, the Court **GRANTS IN PART** Plaintiffs' motion. Except for the depositions of common witnesses, general discovery, including the completion of Plaintiff Fact Sheets, is **STAYED** in these 81 cases until resolution of the motions to remand. The Parties in these cases are NOT exempt from participation in the depositions of common witnesses in the MDL.

3. Plaintiffs must file a reply to Pfizer's response regarding jurisdictional discovery on or before **July 2, 2014**.

## Motions to Remand

4. On June 23, 2014, Plaintiffs filed three motions to remand in particular cases. (Dkt. Nos. 267, 268, and 269).

5. Upon consent of the parties, Defendants' responses or oppositions to those motions are due on or before **July 23, 2014**. Plaintiffs' replies, if any, are due on or before **August 6, 2014**.

6. These motions to remand (Dkt. Nos. 267, 268, and 269) are referred to Magistrate Judge Bristow Marchant.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

June 27, 2014
Charleston, South Carolina