# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2:14-mn-02502-RMG<br><br>CASE MANAGEMENT ORDER NO. 14<br><br>This Order relates to all cases. |

## Adverse Event Source Files

1. Pfizer will immediately (within 24 hours) provide Plaintiffs with a list of all Adverse Event Reports (AERs) produced where source file documents are stored in electronic format. Plaintiffs will then promptly select twenty-five (25) of these AERs for source file production.

2. Within twenty-one (21) days of Plaintiffs' selection, or sooner if at all possible, Pfizer will produce <u>all</u> source file documents for the twenty-five AERs selected by Plaintiffs.

3. After the parties have reviewed the source file documents for these twenty-five AERs, they are to meet-and-confer about whether further production is warranted. If the parties cannot reach an agreement, they may submit letter briefs to the Court in accordance with Paragraph 43 of CMO 4. If letter briefs are submitted to the Court, (1) Plaintiffs must attach MedWatch form(s) and source file documents to show the additional probative value added by source file documents, and (2) Pfizer must provide specific information about the burden of producing source file documents (i.e. the amount time required and the estimated cost of production).

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

August 11, 2014
Charleston, South Carolina