IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2:14-mn-02502-RMG <br><br> CASE MANAGEMENT ORDER NO. 50 <br><br> This Order relates to all cases. |

Plaintiffs' request for extension (Dkt. No. 1201) is **GRANTED**. The Court enters the following amended scheduling order:

1. Plaintiffs' Supplemental General Causation Reports: Plaintiffs supplemental reports issued in accordance with CMO 49 must be served on or before **December 7, 2015**. On December 7, 2015, the PSC shall also provide two (2) deposition dates for each expert between **December 14, 2015, and January 15, 2016**.

2. Defendant's Supplemental Reports: If Pfizer wishes to serve supplemental report(s) in accordance with CMO 49 or in rebuttal to Plaintiffs' supplemental reports, these reports must be served on or before **January 15, 2016**. Pfizer shall also provide two (2) deposition dates for each expert between **January 19, 2016, and February 2, 2016.**

3. Briefing: Both parties shall file supplemental briefing on the motion to exclude Plaintiffs' general causation testimony by **February 12, 2016**. Any reply briefs must be filed by **February 19, 2016**.

**AND IT IS SO ORDERED.**

                                             _____
                                             Richard Mark Gergel
                                             United States District Court Judge

October 30, 2015
Charleston, South Carolina