# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| In Re Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II) | **MDL No. 2502**<br>**2:14-mn-02502-RMG** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL CASES LISTED IN EXHIBIT A* | **NOTICE OF APPEAL** |

  **PLEASE TAKE NOTICE** that plaintiffs in the cases listed in Exhibit A, all of which are part of the above-captioned multi-district litigation, *In Re Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II)*, appeal to the United States Court of Appeals for the Fourth Circuit from each and every part of the final judgment entered on January 4, 2017 [MDL Dkt. No. 1804], Case Management Order No. 100, entered on January 3, 2017 [MDL Dkt. No. 1797], and from all prior and subsequent opinions, orders, and rulings adverse to plaintiffs.

Dated:  January 26, 2017

                 Respectfully submitted,

                   /s/ H. Blair Hahn
                 _____

                 H. Blair Hahn (Fed. I.D. # 5717)
                 Richardson Patrick Westbrook & Brickman, LLC
                 1037 Chuck Dawley Blvd., Bldg. A
                 Mount Pleasant, SC 29464
                 Telephone: (843) 727-6500
                 Facsimile: (843) 727-6642
                 bhahn@rpwb.com
                 *Plaintiffs' Lead Counsel*