# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| In Re Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II) | **MDL No. 2502** <br> **2:14-mn-02502-RMG** |
| THIS DOCUMENT RELATES TO: <br><br> *ALL CASES LISTED IN EXHIBIT A* | **NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that plaintiffs in the cases listed in Exhibit A, all of which are part of the above-captioned multi-district litigation, *In Re Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II)*, appeal to the United States Court of Appeals for the Fourth Circuit from each and every part of of the final judgment entered on January 4, 2017 [MDL Dkt. No. 1804], Case Management Order No. 99, entered on January 3, 2017 [MDL Dkt. No. 1796], and from all prior and subsequent opinions, orders, and rulings adverse to plaintiffs.

Dated:  January 27, 2017

Respectfully submitted,

/s/ H. Blair Hahn
_____
H. Blair Hahn (Fed. I.D. # 5717)
Richardson Patrick
1037 Chuck Dawley Blvd., Bldg. A Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 727-6642
bhahn@rpwb.com
*Plaintiffs' Lead Counsel*