AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| In Re Lipitor (Atorvastatin Calcium) Marketing Sales Practices and Products Liability Litigation (No II) MDL 2502 ) ) ) ) ) | MDL No. 2502<br><br>Case No.   2:14-mn-02502-RMG<br>(This judgment relates to member cases as listed on updated Appendix 2 on the following pages) |

### SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that

■ other: for the reasons stated in CMO 99 and CMO 100, Summary Judgment is GRANTED in favor of Defendant(s) on all remaining claims in this MDL and those remaining cases are DISMISSED with prejudice.

This action was

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding.

Date:   February 3, 2017                              *CLERK OF COURT*     Robin L. Blume

                                                                        s/Sandra Shealy
                                                      _____
                                                      *Signature of Clerk or Deputy Clerk*

APPENDIX 2

| | | | | | |
|---|---|---|---|---|---|
| 1 | 2:16-cv-00265-RMG | O'Maley v. Pfizer Inc | 1/28/2016 | 1/28/2016 | Ohio |
| 2 | 2:16-cv-00270-RMG | Craig v. Pfizer Inc | 1/28/2016 | 1/29/2016 | Nevada |
| 3 | 2:16-cv-00295-RMG | Williams v. Pfizer Inc | 1/29/2016 | 2/1/2016 | Minnesota |
| 4 | 2:16-cv-00296-RMG | Norris v. Pfizer Inc | 1/29/2016 | 2/1/2016 | Missouri |
| 5 | 2:16-cv-00297-RMG | Catena v. Pfizer Inc | 1/29/2016 | 2/1/2016 | Ohio |
| 6 | 2:16-cv-00299-RMG | Wehby v. Pfizer Inc | 2/1/2016 | 2/1/2016 | Ohio |
| 7 | 2:16-cv-00314-RMG | Lee v. Pfizer Inc | 2/1/2016 | 2/2/2016 | Mississippi |
| 8 | 2:16-cv-00372-RMG | Chapman v. Pfizer Inc | 2/5/2016 | 2/8/2016 | Tennessee |
| 9 | 2:16-cv-00393-RMG | Gagnon v. Pfizer Inc | 2/9/2016 | 2/10/2016 | Arizona |
| 10 | 2:16-cv-00403-RMG | Fricks v. Pfizer Inc et al | 2/9/2016 | 2/10/2016 | California |
| 11 | 2:16-cv-00406-RMG | Castillo v. Pfizer Inc | 2/9/2016 | 2/10/2016 | Louisiana |
| 12 | 2:16-cv-00407-RMG | Anderson v. Pfizer Inc | 2/9/2016 | 2/10/2016 | Louisiana |
| 13 | 2:16-cv-00460-RMG | Baylock v. Pfizer Inc | 2/16/2016 | 2/17/2016 | Texas |
| 14 | 2:16-cv-00494-RMG | Dillon v. Pfizer Inc | 2/18/2016 | 2/19/2016 | Tennessee |
| 15 | 2:16-cv-00515-RMG | Milton v. Pfizer Inc | 2/19/2016 | 2/22/2016 | Alabama |
| 16 | 2:16-cv-00516-RMG | Green v. Pfizer Inc et al | 2/19/2016 | 2/22/2016 | Louisiana |
| 17 | 2:16-cv-00517-RMG | Hudson v. Pfizer Inc | 2/19/2016 | 2/22/2016 | Georgia |
| 18 | 2:16-cv-00556-RMG | Tyler v. Pfizer Inc et al | 2/24/2016 | 2/25/2016 | Florida |
| 19 | 2:16-cv-00564-RMG | Crady v. Pfizer Inc | 2/24/2016 | 2/25/2016 | Illinois |
| 20 | 2:16-cv-00567-RMG | Schlaufman v. Pfizer Inc | 2/24/2016 | 2/25/2016 | Colorado |
| 21 | 2:16-cv-00568-RMG | Cardone v. Pfizer Inc | 2/24/2016 | 2/25/2016 | California |
| 22 | 2:16-cv-00572-RMG | Wenz v. Pfizer Inc et al | 2/25/2016 | 2/26/2016 | Missouri |
| 23 | 2:16-cv-00573-RMG | Jordan v. Pfizer Inc | 2/25/2016 | 2/26/2016 | Florida |
| 24 | 2:16-cv-00574-RMG | Martin v. Pfizer Inc | 2/25/2016 | 2/26/2016 | Florida |
| 25 | 2:16-cv-00575-RMG | Vazquez v. Pfizer Inc | 2/25/2016 | 2/26/2016 | Florida |
| 26 | 2:16-cv-00589-RMG | Brassfield v. Pfizer Inc | 2/26/2016 | 2/26/2016 | Mississippi |
| 27 | 2:16-cv-00604-RMG | Aleman v. Pfizer Inc | 2/26/2016 | 3/1/2016 | Florida |
| 28 | 2:16-cv-00605-RMG | Duke v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 29 | 2:16-cv-00606-RMG | Young v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 30 | 2:16-cv-00607-RMG | Owens v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 31 | 2:16-cv-00608-RMG | Nelson v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 32 | 2:16-cv-00609-RMG | McNeil v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 33 | 2:16-cv-00610-RMG | Jondee v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 34 | 2:16-cv-00611-RMG | Abston v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 35 | 2:16-cv-00612-RMG | Beard v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 36 | 2:16-cv-00613-RMG | Burgess v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 37 | 2:16-cv-00614-RMG | Daley v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 38 | 2:16-cv-00615-RMG | Damore v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 39 | 2:16-cv-00617-RMG | Bellamy v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 40 | 2:16-cv-00618-RMG | Cobb v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 41 | 2:16-cv-00619-RMG | Echevarria v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 42 | 2:16-cv-00620-RMG | Watkins v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 43 | 2:16-cv-00621-RMG | Sparkman v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 44 | 2:16-cv-00622-RMG | Perry v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 45 | 2:16-cv-00623-RMG | Perry v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 46 | 2:16-cv-00624-RMG | Owens v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |

|    | A | B | C | D | E |
|---|---|---|---|---|---|
| 47 | 2:16-cv-00625-RMG | Murphy v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 48 | 2:16-cv-00626-RMG | Mills v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 49 | 2:16-cv-00627-RMG | Lewis v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 50 | 2:16-cv-00628-RMG | Leon v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 51 | 2:16-cv-00629-RMG | Kattman v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 52 | 2:16-cv-00630-RMG | Jonas v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 53 | 2:16-cv-00631-RMG | Haberger v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 54 | 2:16-cv-00632-RMG | Graciolett v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 55 | 2:16-cv-00633-RMG | Gordon v. Pfizer Inc | 2/27/2016 | 3/1/2016 | Florida |
| 56 | 2:16-cv-00711-RMG | Ward v. Pfizer Inc et al | 3/4/2016 | 3/8/2016 | Louisiana |
| 57 | 2:16-cv-00763-RMG | Smith v. Pfizer Inc | 3/10/2016 | 3/11/2016 | Utah |
| 58 | 2:16-cv-00771-RMG | Hunter v. Pfizer Inc | 3/10/2016 | 3/11/2016 | Oregon |
| 59 | 2:16-cv-00772-RMG | Dunn v. Pfizer Inc | 3/10/2016 | 3/11/2016 | Texas |
| 60 | 2:16-cv-00773-RMG | Reynolds v. Pfizer Inc | 3/10/2016 | 3/11/2016 | Indiana |
| 61 | 2:16-cv-00853-RMG | Belcher v. Pfizer Inc | 3/16/2016 | 3/17/2016 | Kentucky |
| 62 | 2:16-cv-00854-RMG | Jones v. Pfizer Inc | 3/16/2016 | 3/17/2016 | Indiana |
| 63 | 2:16-cv-00863-RMG | Crismon et al v. Pfizer Inc | 3/17/2016 | 3/18/2016 | Missouri |
| 64 | 2:16-cv-00864-RMG | Vogt v. Pfizer Inc | 3/17/2016 | 3/18/2016 | Missouri |
| 65 | 2:16-cv-00877-RMG | Morgan v. Pfizer Inc et al | 3/18/2016 | 3/18/2016 | Alabama |
| 66 | 2:16-cv-00893-RMG | Douglas v. Pfizer Inc | 3/18/2016 | 3/21/2016 | Tennessee |
| 67 | 2:16-cv-00894-RMG | Porter v. Pfizer Inc et al | 3/18/2016 | 3/21/2016 | Tennessee |
| 68 | 2:16-cv-00933-RMG | Craven v. Pfizer Inc | 3/23/2016 | 3/24/2016 | Texas |
| 69 | 2:16-cv-00934-RMG | Poteet v. Pfizer Inc | 3/23/2016 | 3/24/2016 | California |
| 70 | 2:16-cv-00935-RMG | Moore v. Pfizer Inc et al | 3/23/2016 | 3/24/2016 | Georgia |
| 71 | 2:16-cv-00939-RMG | Hinckley v. Pfizer Inc | 3/23/2016 | 3/24/2016 | Arizona |
| 72 | 2:16-cv-00955-RMG | Boatman v. Pfizer Inc et al | 2/27/2016 | 3/25/2016 | Florida |
| 73 | 2:16-cv-00961-RMG | Harris v. Pfizer Inc | 3/25/2016 | 3/28/2016 | Texas |
| 74 | 2:16-cv-00988-RMG | Simmers v. Pfizer Inc et al | 3/29/2016 | 3/30/2016 | Iowa |
| 75 | 2:16-cv-00989-RMG | Berryman v. Pfizer Inc et al | 3/29/2016 | 3/30/2016 | California |
| 76 | 2:16-cv-00990-RMG | Owen v. Pfizer Inc et al | 3/29/2016 | 3/30/2016 | Tennessee |
| 77 | 2:16-cv-01027-RMG | Cordes v. Pfizer Inc | 4/1/2016 | 4/4/2016 | Oregon |
| 78 | 2:16-cv-01028-RMG | Smith v. Pfizer Inc | 4/1/2016 | 4/4/2016 | Idaho |
| 79 | 2:16-cv-01029-RMG | Kroger v. Pfizer Inc | 4/1/2016 | 4/4/2016 | Kentucky |
| 80 | 2:16-cv-01030-RMG | Ricketts v. Pfizer Inc | 4/1/2016 | 4/4/2016 | Pennsylvan |
| 81 | 2:16-cv-01109-RMG | Myers v. Pfizer Inc | 4/8/2016 | 4/11/2016 | West Virgin |
| 82 | 2:16-cv-01110-RMG | Gabriel v. Pfizer Inc | 4/8/2016 | 4/11/2016 | Georgia |
| 83 | 2:16-cv-01184-RMG | Money v. Pfizer Inc | 4/15/2016 | 4/18/2016 | Canada |
| 84 | 2:16-cv-01193-RMG | Helm v. Pfizer Inc | 4/15/2016 | 4/18/2016 | Arizona |
| 85 | 2:16-cv-01194-RMG | Turnege v. Pfizer Inc | 4/15/2016 | 4/18/2016 | California |
| 86 | 2:16-cv-01195-RMG | Phelps v. Pfizer Inc | 4/15/2016 | 4/18/2016 | Ohio |
| 87 | 2:16-cv-01206-RMG | Soape v. Pfizer Inc | 4/18/2016 | 4/19/2016 | Louisiana |
| 88 | 2:16-cv-01207-RMG | Mazzolla v. Pfizer Inc | 4/18/2016 | 4/19/2016 | Texas |
| 89 | 2:16-cv-01219-RMG | Ramirez v. Pfizer Inc | 4/19/2016 | 4/20/2016 | Texas |
| 90 | 2:16-cv-01220-RMG | Kuznetsova v. Pfizer Inc | 4/19/2016 | 4/20/2016 | Texas |
| 91 | 2:16-cv-01239-RMG | Centeno v. Pfizer Inc | 4/21/2016 | 4/22/2016 | Texas |
| 92 | 2:16-cv-01240-RMG | Arceneaux v. Pfizer Inc | 4/21/2016 | 4/22/2016 | California |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 93 | 2:16-cv-01241-RMG | Miller v. Pfizer Inc et al | 4/21/2016 | 4/22/2016 | Colorado |
| 94 | 2:16-cv-01258-RMG | Rice v. Pfizer Inc | 4/22/2016 | 4/25/2016 | Pennsylvan |
| 95 | 2:16-cv-01259-RMG | Bullock v. Pfizer Inc et al | 4/22/2016 | 4/25/2016 | California |
| 96 | 2:16-cv-01260-RMG | MacArthur v. Pfizer Inc | 4/22/2016 | 4/25/2016 | Oregon |
| 97 | 2:16-cv-01281-RMG | Werne v. Pfizer Inc | 4/25/2016 | 4/26/2016 | Indiana |
| 98 | 2:16-cv-01282-RMG | Curges v. Pfizer Inc et al | 4/25/2016 | 4/26/2016 | Pennsylvan |
| 99 | 2:16-cv-01283-RMG | Webb-Speicher v. Pfizer I | 4/25/2016 | 4/26/2016 | California |
| 100 | 2:16-cv-01385-RMG | Chavis v. Pfizer Inc | 5/2/2016 | 5/4/2016 | Texas |
| 101 | 2:16-cv-01386-RMG | Dickey v. Pfizer Inc | 5/2/2016 | 5/4/2016 | Alabama |
| 102 | 2:16-cv-01387-RMG | Angle v. Pfizer Inc | 5/2/2016 | 5/4/2016 | Texas |
| 103 | 2:16-cv-01432-RMG | Santucci v. Pfizer Inc | 5/4/2016 | 5/5/2016 | Arizona |
| 104 | 2:16-cv-01433-RMG | Stevenson v. Pfizer Inc | 5/4/2016 | 5/5/2016 | Nevada |
| 105 | 2:16-cv-01434-RMG | Riley v. Pfizer Inc | 5/4/2016 | 5/5/2016 | Texas |
| 106 | 2:16-cv-01435-RMG | Nordmeyer v. Pfizer Inc | 5/4/2016 | 5/5/2016 | Utah |
| 107 | 2:16-cv-01436-RMG | Townsend v. Pfizer Inc | 5/4/2016 | 5/5/2016 | California |
| 108 | 2:16-cv-01478-RMG | Johns v. Pfizer Inc | 5/6/2016 | 5/9/2016 | California |
| 109 | 2:16-cv-01479-RMG | Haley v. Pfizer Inc et al | 5/6/2016 | 5/9/2016 | Ohio |
| 110 | 2:16-cv-01480-RMG | Ford v. Pfizer Inc | 5/6/2016 | 5/9/2016 | Tennessee |
| 111 | 2:16-cv-01494-RMG | Selander v. Pfizer Inc | 5/9/2016 | 5/10/2016 | Colorado |
| 112 | 2:16-cv-01495-RMG | Dover v. Pfizer Inc | 5/9/2016 | 5/10/2016 | Alabama |
| 113 | 2:16-cv-01496-RMG | Whitmill v. Pfizer Inc | 5/9/2016 | 5/10/2016 | Texas |
| 114 | 2:16-cv-01599-RMG | Dice v. Pfizer Inc | 5/18/2016 | 5/19/2016 | Ohio |
| 115 | 2:16-cv-01600-RMG | Parkman v. Pfizer Inc | 5/18/2016 | 5/19/2016 | Indiana |
| 116 | 2:16-cv-01853-RMG | Kinney v. Pfizer Inc | 6/8/2016 | 6/8/2016 | Texas |
| 117 | 2:16-cv-01882-RMG | Arnott et al v. Pfizer Inc | 6/9/2016 | 6/10/2016 | North Caro |
| 118 | 2:16-cv-01883-RMG | Moore et al v. Pfizer Inc | 6/9/2016 | 6/10/2016 | Michigan |
| 119 | 2:16-cv-01884-RMG | Potts et al v. Pfizer Inc | 6/9/2016 | 6/10/2016 | Pennsylvan |
| 120 | 2:16-cv-02400-RMG | Catalano et al v. Pfizer Inc | 7/1/2016 | 7/5/2016 | Missouri |
| 121 | 2:16-cv-02636-RMG | Goodwin v. pfizer et al | 7/25/2016 | 7/26/2016 | Illinois |
| 122 | 2:16-cv-02755-RMG | Jackson v. Pfizer Inc | 8/5/2016 | 8/8/2016 | Texas |
| 123 | 2:16-cv-02771-RMG | LaFevers v. Pfizer Inc | 8/9/2016 | 8/9/2016 | Missouri |
| 124 | 2:16-cv-02878-RMG | Villars v. Pfizer Inc | 8/19/2016 | 8/19/2016 | Missouri |
| 125 | 2:16-cv-03141-RMG | Cline v. Pfizer Inc | 9/19/2016 | 9/19/2016 | Virginia |
| 126 | 2:16-cv-03142-RMG | Cook v. Pfizer Inc | 9/19/2016 | 9/19/2016 | Texas |
| 127 | 2:16-cv-03143-RMG | Correa v. Pfizer Inc | 9/19/2016 | 9/19/2016 | Ohio |
| 128 | 2:16-cv-03144-RMG | Galloway v. Pfizer Inc | 9/19/2016 | 9/19/2016 | West Virgir |
| 129 | 2:16-cv-03145-RMG | Harrison v. Pfizer Inc | 9/19/2016 | 9/19/2016 | Louisiana |
| 130 | 2:16-cv-03146-RMG | Haylett v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Virginia |
| 131 | 2:16-cv-03147-RMG | Johnson v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Kentucky |
| 132 | 2:16-cv-03148-RMG | Klienman v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Louisiana |
| 133 | 2:16-cv-03149-RMG | Palmer v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Pennsylvan |
| 134 | 2:16-cv-03150-RMG | Pullins v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Florida |
| 135 | 2:16-cv-03151-RMG | Reeves v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Illinois |
| 136 | 2:16-cv-03152-RMG | Saylor v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Pennsylvan |
| 137 | 2:16-cv-03153-RMG | Smith v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Ohio |
| 138 | 2:16-cv-03154-RMG | Wenzelow v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Alabama |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 139 | 2:16-cv-03155-RMG | Woods v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Alabama |
| 140 | 2:16-cv-03156-RMG | Yetter v. Pfizer Inc | 9/19/2016 | 9/20/2016 | Virginia |
| 141 | 2:16-cv-03186-RMG | Sanchez v. Pfizer Inc | 9/21/2016 | 9/22/2016 | Florida |
| 142 | 2:16-cv-03388-RMG | Burks v. Pfizer Inc | 10/14/2016 | 10/17/2016 | Massachus |
| 143 | 2:16-cv-03389-RMG | Bjornnes v. Pfizer Inc et a | 10/14/2016 | 10/17/2016 | Minnesota |
| 144 | 2:16-cv-03495-RMG | Austin v. Pfizer Inc | 10/27/2016 | 10/27/2016 | Alabama |
| 145 | 2:16-cv-03525-RMG | Raith v. Pfizer Inc | 10/31/2016 | 10/31/2016 | California |
| 146 | 2:16-cv-03740-RMG | Avitts et al v. Pfizer Inc | 11/28/2016 | 11/29/2016 | Texas |
| 147 | 2:16-cv-03746-RMG | Garretson v. Pfizer Inc | 11/29/2016 | 11/29/2016 | Texas |
| 148 | 2:16-cv-03748-RMG | Black v. Pfizer Inc | 11/29/2016 | 11/29/2016 | Texas |
| 149 | 2:16-cv-03749-RMG | Brown v. Pfizer Inc | 11/29/2016 | 11/30/2016 | Texas |
| 150 | 2:16-cv-03750-RMG | Cheeves v. Pfizer Inc | 11/29/2016 | 11/30/2016 | Texas |
| 151 | 2:16-cv-03752-RMG | Edwards et al v. Pfizer Inc | 11/29/2016 | 11/30/2016 | Texas |
| 152 | 2:16-cv-03753-RMG | Hicks et al v. Pfizer Inc | 11/29/2016 | 11/30/2016 | Texas |
| 153 | 2:16-cv-03758-RMG | Sepulveda v. Pfizer Inc | 11/29/2016 | 11/30/2016 | Texas |
| 154 | 2:16-cv-03759-RMG | Williams et al v. Pfizer Inc | 11/29/2016 | 11/30/2016 | Texas |
| 155 | 2:16-cv-03761-RMG | Thibodeaux et al v. Pfizer | 11/29/2016 | 11/30/2016 | Texas |
| 156 | 2:16-cv-03781-RMG | Sierra v. Pfizer Inc | 12/1/2016 | 12/1/2016 | Texas |
| 157 | 2:16-cv-03912-RMG | Magee v. Pfizer Inc | 12/15/2016 | 12/15/2016 | Missouri |